### 41488. OXFORD CONSTRUCTION COMPANY v. CITY OF ALBANY et al.

EBERHARDT, Judge. Our judgment in 112 Ga. App. 654 (145 SE2d 737) having been reversed by the Supreme Court in *City of Albany v. Oxford Construction Co.,* 221 Ga. 872 (148 SE2d    ), we hereby vacate our judgment and pursuant to and in accord with the judgment of the Supreme Court the judgment of the trial court is hereby

*Affirmed. Nichols, P. J., and Pannell, J., concur.*

DECIDED MARCH 29, 1966.

*Watson, Keenan, Spence & Lowe, G. Stuart Watson,* for plaintiff in error.

*Divine & Busbee, H. G. Rawls,* contra.